**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

In Re:  
PAUL D VALENTI  
8791 SEABRIGHT DR  
POWELL, OH  43065

Case No:   03-53971

Judge:   CHARLES M. CALDWELL

SSN(S):    XXX-XX-4253

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:   November 24, 2009

/s/ Frank M. Pees  
Frank M. Pees  
Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| AMERITECH<br>PO BOX 769<br>ARLINGTON, TX  760040769 | 28.56 |